MARK E. FERRARIO
Nevada Bar No. 1625
TYLER R. ANDREWS
Nevada Bar No. 9499
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Fax:           (702) 792-9002
Email:  ferrariom@gtlaw.com
           andrewst@gtlaw.com
           hicksja@gtlaw.com

*Counsel for defendant SHAC LLC d/b/a Sapphire Gentlemen's Club*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABIGAIL ORTIZ, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHAC LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:20-cv-621-KJD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff Abigail Ortiz and Defendant SHAC LLC d/b/a Sapphire Gentlemen's Club, through their respective counsel and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Defendant to respond to Plaintiff's Complaint by two weeks, up to, and including, **July 8, 2020**.

This is a proposed class action for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*. ECF No. 1. Counsel for the parties are engaged in preliminary efforts to resolve this matter without the need for litigation and submit this stipulation for a brief extension of time in order to facilitate those efforts, taking into account the exercise of due diligence.

*Error! Unknown document property name.*

This is the first stipulation for an extension of time to respond to the Complaint, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 23rd day of June 2020.

**KAZEROUNI LAW GROUP, APC**

/s/ Gustavo Ponce
GUSTAVO PONCE, ESQ.
Nevada Bar No. 15084
6069 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148

*Counsel for Plaintiff*

Dated this 23rd day of June 2020.

**GREENBERG TRAURIG, LLP**

/s/ Jason Hicks
MARK E. FERRARIO
Nevada Bar No. 1625
TYLER R. ANDREWS
Nevada Bar No. 9499
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for defendant SHAC LLC d/b/a Sapphire Gentlemen's Club*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated  June 25, 2020

*Error! Unknown document property name.*