MARK E. FERRARIO
Nevada Bar No. 1625
TYLER R. ANDREWS
Nevada Bar No. 9499
ALAYNE M. OPIE
Nevada Bar No. 12623
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Fax:             (702) 792-9002
Email:  ferrariom@gtlaw.com
            andrewst@gtlaw.com
            opiea@gtlaw.com
            hicksja@gtlaw.com

*Counsel for defendant SHAC LLC d/b/a Sapphire Gentlemen's Club*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABIGAIL ORTIZ, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHAC LLC d/b/a SAPPHIRE GENTLEMEN'S CLUB; and DOES 1 to 10,<br><br>Defendants. | Case No.:  2:20-cv-621-KJD-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff Abigail Ortiz and Defendant SHAC LLC d/b/a Sapphire Gentlemen's Club, through their respective counsel and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Defendant to file its reply in support of its Motion to Dismiss (ECF No. 11) by two weeks, up to, and including, **August 12, 2020**.

Page **1** of **2**

*ACTIVE 51673382v1*

Counsel for the parties are engaged in preliminary efforts to resolve this matter without the need for further litigation and submit this stipulation for a brief extension of time in order to facilitate those efforts, taking into account the exercise of due diligence.

This is the first stipulation for an extension of time for Defendant to submit its reply in support of its Motion to Dismiss, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 27th day of July 2020.

**PARKER COLE, P.C.**

*/s/ Kevin Cole*
MICHAEL R. PARKER, ESQ.
Admitted Pro Hac Vice
KEVIN COLE, ESQ.
Admitted Pro Hac Vice
6700 Fallbrook Avenue, Suite 207
West Hills, California 91307

GUSTAVO PONCE, ESQ.
**KAZEROUNI LAW GROUP, APC**
Nevada Bar No. 15084
6069 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148

*Counsel for Plaintiff*

Dated this 27th day of July 2020.

**GREENBERG TRAURIG, LLP**

*/s/ Tyler R. Andrews*
MARK E. FERRARIO
Nevada Bar No. 1625
TYLER R. ANDREWS
Nevada Bar No. 9499
ALAYNE M. OPIE
Nevada Bar No. 12623
JASON K. HICKS
Nevada Bar No. 13149
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for defendant SHAC LLC d/b/a Sapphire Gentlemen's Club*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated   7/31/2020                              .

Page **2** of **2**

*ACTIVE 51673382v1*